UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In Re: | § § | |
| CASSANDRA ELAINE ROGERS | § | Case No. 17-14417 |
| JOE BILL ROGERS | § § § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/31/2017 . The undersigned trustee was appointed on 10/31/2017 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $    4,952.60

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 10.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 4,942.60 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  05/07/2018  and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,238.15 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,238.15 , for a total compensation of $ 1,238.15 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 32.68 , for total expenses of $ 32.68 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/29/2018                    By:/s/DOUGLAS N. GOULD, TRUSTEE
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 17-14417 | SAH | Judge: | Sarah A. Hall | Trustee Name: | DOUGLAS N. GOULD, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | CASSANDRA ELAINE ROGERS | | | | Date Filed (f) or Converted (c): | 10/31/2017 (f) |
| | JOE BILL ROGERS | | | | 341(a) Meeting Date: | 12/05/2017 |
| For Period Ending: | 05/29/2018 | | | | Claims Bar Date: | 05/07/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2013 BMW 328i | 14,025.00 | 0.00 | | 0.00 | FA |
| 2. 2003 Ford F-150 | 4,925.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. Electronics | 450.00 | 0.00 | | 0.00 | FA |
| 5. Clothes | 400.00 | 0.00 | | 0.00 | FA |
| 6. InterBank Checking account ending 9171 | 1,549.62 | 0.00 | | 0.00 | FA |
| 7. InterBank Checking account ending 1695 | 932.09 | 0.00 | | 0.00 | FA |
| 8. 401K | 975.41 | 0.00 | | 0.00 | FA |
| 9. 2017 TAX REFUND  (u) | Unknown | 2,000.00 | | 4,952.60 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $24,757.12        $2,000.00        $4,952.60        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

May 10, 2018 Trustee reviewing claims. Stop bank fees. Prepare TFR.
April 11, 2018 Received refunds.
March 27, 2018 Received 2017 tax returns.  $4,952.60 owed to estate. Emailed atty.
March 21, 2018 Emailed atty for tax returns.
January 31, 2018 Asset due to tax refunds.


Initial Projected Date of Final Report (TFR): 10/31/2019        Current Projected Date of Final Report (TFR): 10/31/2019

FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 17-14417 | Trustee Name: DOUGLAS N. GOULD, TRUSTEE |
| Case Name: CASSANDRA ELAINE ROGERS | Bank Name: First National Bank of Vinita |
| JOE BILL ROGERS | Account Number/CD#: XXXXXX4861 |
| | Checking |
| Taxpayer ID No: XX-XXX6241 | Blanket Bond (per case limit): $8,946,000.00 |
| For Period Ending: 05/29/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/11/18 | 9 | Cassandra Rogers | Tax Refunds | 1224-000 | $4,952.60 | | $4,952.60 |
| 05/07/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,942.60 |

| | | |
|---|---|---|
| COLUMN TOTALS | $4,952.60 | $10.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $4,952.60 | $10.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,952.60 | $10.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*     Page Subtotals:     $4,952.60     $10.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4861 - Checking | $4,952.60 | $10.00 | $4,942.60 |
| | $4,952.60 | $10.00 | $4,942.60 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $4,952.60 |
| Total Gross Receipts: | $4,952.60 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-14417  
Debtor Name: CASSANDRA ELAINE ROGERS  
Claims Bar Date: 5/7/2018  

Date: May 29, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | DOUGLAS N. GOULD<br>5500 N. Western Ave., Ste. 150<br>Oklahoma City, OK 73118 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,238.15 | $1,238.15 |
| 100 2200 | DOUGLAS N. GOULD<br>5500 N. Western Ave., Ste. 150<br>Oklahoma City, OK 73118 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $32.68 | $32.68 |
| 1 300 7100 | GREAT PLAINS REGIONAL MEDICAL CENTER<br>P.O. BOX 2339<br>ELK CITY, OK 73648 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 11/07/2017 | $0.00 | $1,651.15 | $1,651.15 |
| 2 300 7100 | NAVIENT SOLUTIONS, LLC ON BEHALF OF DEPARTMENT OF EDUCATION LOAN SERVICES<br>PO BOX 9635<br>WILKES-BARRE, PA 18773-9635 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 03/05/2018 | $0.00 | $9,566.20 | $9,566.20 |
| 3 300 7100 | CAPITAL ONE, N.A.<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 03/29/2018 | $0.00 | $1,873.93 | $1,873.93 |
| 5 300 7100 | SOUTH AUSTIN HOSPITAL<br>RESURGENT CAPITAL SERVICES<br>PO BOX 1927<br>GREENVILLE, SC 29602 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 05/01/2018 | $0.00 | $428.80 | $428.80 |
| 4 400 4110 | SHEFFIELD FINANCIAL<br>PO BOX 1847<br>WILSON, NC 27894-1847 | Secured<br>Payment Status:<br>Invalid | Date Filed: 04/18/2018 | $0.00 | $14,031.44 | $14,031.44 |
| 6 400 4110 | BMW FINANCIAL SERVICES NA, LLC<br>P.O. BOX 3608<br>DUBLIN OH 43016, OH 43016 | Secured<br>Payment Status:<br>Invalid | Date Filed: 05/07/2018 | $0.00 | $21,097.87 | $21,097.87 |
| | Case Totals | | | $0.00 | $49,920.22 | $49,920.22 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1                                              Printed: May 29, 2018

**UST Form 101-7-TFR (5/1/2011)** *(Page: 6)*

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-14417  
Case Name: CASSANDRA ELAINE ROGERS  
               JOE BILL ROGERS  
Trustee Name: DOUGLAS N. GOULD, TRUSTEE

| | |
|---|---|
| Balance on hand | $   4,942.60 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DOUGLAS N. GOULD | $ 1,238.15 | $ 0.00 | $ 1,238.15 |
| Trustee Expenses: DOUGLAS N. GOULD | $ 32.68 | $ 0.00 | $ 32.68 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,270.83 |
| Remaining Balance | | | $ 3,671.77 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,520.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 27.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | GREAT PLAINS REGIONAL MEDICAL CENTER | $ 1,651.15 | $ 0.00 | $ 448.42 |
| 2 | NAVIENT SOLUTIONS, LLC ON BEHALF OF | $ 9,566.20 | $ 0.00 | $ 2,597.98 |
| 3 | CAPITAL ONE, N.A. | $ 1,873.93 | $ 0.00 | $ 508.92 |
| 5 | SOUTH AUSTIN HOSPITAL | $ 428.80 | $ 0.00 | $ 116.45 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 3,671.77 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE